**LEO FEIST, INC., Mills Music, Inc., Shapiro, Bernstein & Co., Inc., DeSylva, Brown & Henderson, Inc., and Peer International Corporation, Plaintiffs-Appellants,**

v.

**APOLLO RECORDS N. Y. CORP., Mastertone Recording Studios, Inc., Gene Sayet, Sidney Feldman, George Albert and Carl LeBow, Defendants-Appellees.**

No. 223, Docket 33724.

United States Court of Appeals
Second Circuit.

Argued Dec. 1, 1969.

Decided Dec. 31, 1969.

See also D.C., 304 F.Supp. 1274.

Julian T. Abeles, Abeles & Clark, New York City, for plaintiffs-appellants.

Samuel A. Zimbalist, Johnson, Zimbalist & Tennen, New York City, for Apollo Records, George Albert and Carl LeBow.

M. Warren Troob, New York City, Frederic A. Johnson, New York City, of counsel, for Mastertone Recording Studios, Gene Sayet and Sidney Feldman.

Before WATERMAN, HAYS and FEINBERG, Circuit Judges.

PER CURIAM:

We affirm the judgment below and each of the several awards to the several plaintiffs-appellants contained therein upon the considered opinion, findings of fact, and conclusions of law filed by Judge Levet, reported at 300 F.Supp. 32 (SDNY 1969).

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, LOCAL NO. 143, AFL–CIO, Respondent.**

No. 19475.

United States Court of Appeals
Sixth Circuit.

Dec. 19, 1969.

John de Passalacqua, N.L.R.B., Washington, D.C., Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, Elliott Moore-Angelo V. Arcadipane, Attys., N.L.R.B., Washington, D.C., on brief, for petitioner.

Robert E. Shuff, Akron, Ohio, Shuff & Gore, Akron, Ohio, on brief, for respondent.

Before PHILLIPS, Chief Judge, and EDWARDS and McCREE, Circuit Judges.

ORDER.

This case is before the Court on the application of the National Labor Relations Board for enforcement of its order issued against the United Brotherhood of Carpenters and Joiners of America, Local No. 143, AFL–CIO. The decision and order of the Board is reported at 170 N.L.R.B. 97.

Upon consideration of briefs, oral argument and the record, the Court finds that the decision of the Board is supported by substantial evidence on the record as a whole.

It is ordered that the order of the Board be and hereby is enforced.